[No. 41581-6-I.    Division One.    July 6, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIO PHILIPPI
CIBRIAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-07677-1, Patricia H. Aitken, J., entered
October 17, 1997. *Affirmed* by unpublished per curiam
opinion.


[No. 41910-2-I.    Division One.    July 6, 1999.]

*In the Matter of the Personal Restraint of* KENNETH D.
PEREZ, *Petitioner.*

Petition for relief from personal restraint. *Reversed* by
unpublished per curiam opinion.


[No. 41972-2-I.    Division One.    July 6, 1999.]

STEVEN DAVIES, ET AL., *Plaintiffs*, DONALD R. BUENER,
*Appellant*, v. SCOTT THIESSEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-16399-6, Jim Bates, J., entered January 9,
1998. *Affirmed* by unpublished opinion per Kennedy, C.J.,
concurred in by Coleman and Baker, JJ.


[No. 42032-1-I.    Division One.    July 6, 1999.]

DANNY KENNELL, ET AL., *Respondents*, v. DAVID KENNELL,
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 96-2-06244-6, Ronald L. Castleberry,
J., entered December 15, 1997. *Affirmed in part* and *re-
versed in part* by unpublished opinion per Ellington, J.,
concurred in by Webster and Becker, JJ.